**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10026 |
| Plaintiff - Appellee, | D.C. No. 1:14-cr-00007-RVM |
| v. | |
| BAO ZHONG WANG, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of the Northern Mariana Islands
Alex R. Munson, District Judge, Presiding

Submitted January 20, 2016[**]

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Bao Zhong Wang appeals from the district court's judgment and challenges

his guilty-plea conviction and 30-month sentence for distribution of

methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Wang's counsel has filed a brief stating

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Wang filed two pro se letters, which we treat as Wang's pro se supplemental brief.  No answering brief has been filed.

Wang waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

To the extent that Wang seeks to raise a claim of ineffective assistance of counsel, we decline to address this issue on direct appeal.  *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**